**In re Douglas E. MATACONIS, Respondent.**

**No. 15–BG–5.**

District of Columbia Court of Appeals.

Filed April 30, 2015.

BEFORE: BECKWITH, Associate Judge, and KING and REID, Senior Judges.

## ORDER

PER CURIAM

On consideration of the certified order suspending respondent from the practice of law in the state of Virginia for a period of nine months by consent, this court's January 29, 2015, order suspending respondent pending further action of the court and directing him to show cause why he should not be suspended for a period of nine months as reciprocal discipline, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI, § 14(g), it is

ORDERED that Douglas E. Mataconis is hereby suspended from the practice of law in the District of Columbia for a period of nine months. *See In re Sibley*, 990 A.2d 483 (D.C.2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C.2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C.Bar. R. XI, § 14(g).